1  JAMES MCMANIS (40958)
   NEDA MANSOORIAN (207832)
2  CHRISTINE PEEK (234573)
   McMANIS FAULKNER
3  A Professional Corporation
   50 West San Fernando Street, 10th Floor
4  San Jose, California 95113
   Telephone:   408-279-8700
5  Facsimile:   408-279-3244
   Email:       jmcmanis@mcmanisfaulkner.com
6               cpeek@mcmanisfaulkner.com

7  Attorneys for Plaintiffs

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 BERNARDINO BARRERA, an individual;     C 09  00858 PVT
   DOLORES BARRERA, an individual;
13 MARIA BARRERA, an individual; JOSE     PETITION AND ORDER FOR
   BARRERA, an individual; A.B., a minor  APPOINTMENT OF GUARDIAN AD
14 child, by and through her guardian ad litem,  LITEM
   DOLORES BARRERA,
15
            Plaintiffs,
16
   vs.
17
   CITY OF SAN JOSE, a public entity; SAN
18 JOSE POLICE DEPARTMENT, a public
   entity and department of the City of San
19 Jose; DENNIS DOLEZAL, Badge No. 2010,
   an individual; BRUCE WILEY, Badge No.
20 2102, an individual; MICHAEL
   SULLIVAN, Badge No. 2733, an individual;
21 RICK WEGER, Badge No. 2850, an
   individual; JANA MUNK, Badge No. 2932,
22 an individual; JOHN HAGELE, Badge No.
   2968, an individual; ANTHONY HATTEY,
23 Badge No. 3035, an individual; TROY
   MURRAY, Badge No. 3081, an individual;
24 NICHOLAS SPEAKS, Badge No. 3138, an
   individual; ERIC DRAGOO, Badge No.
25 3191, an individual; JOHN MARFIA, Badge
   No. 3254, an individual; SCOTT
26 MORASCI, Badge No. 3292, an individual;
   JEFFREY PROFIO, Badge No. 3295, an
27 individual; EDWARD CONOVER, Badge
   No. 3358, an individual; KEITH
28 MIZUHARA, Badge No. 3377, an
   individual; JAMES MENARD, Badge No.

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM    CASE NO.

| | |
|---|---|
| 1 | 3447, an individual; JODI WILLIAMS, Badge No. 3571, an individual; CHRIS BIELECKI, Badge No. 3579, an individual; JAMES HOAG, Badge No. 3604, an individual; SEAN MORGAN, Badge No. 3614, an individual; SCOTT MCCULLOCH, Badge No. 3626, an individual; JOSEPH PAOLINI, Badge No. 3646, an individual; ADAM JENKINS, Badge No. 3661, an individual; BETH ALBALOS, Badge No. 3680, an individual; CASSIDY ELISCHER, Badge No. 3739, an individual; GARRIE THOMPSON, Badge No. 3752, an individual; MACEDONIO ZUNIGA, Badge No. 3795, an individual; KYLE CARDIN, Badge No. 3846, an individual; SEAN MATTOCKS, Badge No. 3861, an individual; TEDROS HABIB, Badge No. 3993, an individual; ERIK SNELGROVE, Badge No. 4002, an individual; PAUL FUKUMA, Badge No. 4003, an individual; RYAN DOTE, Badge No. 4006, an individual; DEVLIN CREIGHTON, Badge No. 4013, an individual; MIGUEL MARTIN, Badge No. 4014, an individual; FAYSAL ABI-CHAHINE, Badge No. 4015, an individual; ADAM DORN, Badge No. 4021, an individual; GRAEME NEWTON, Badge No. 4026, an individual; HEIDI KINDORF, Badge No. 4027, an individual; BENJAMIN JENKINS, Badge No. 4035, an individual; RYAN AGAMAV, Badge No. 4041, an individual; STEVEN MARELLO, Badge No. 4044, an individual; and Does 1-100, inclusive,<br><br>Defendants. |

ii

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM        CASE NO. _____

# PETITION

Petitioner A.B. states as follows:

1. I am a minor of the age of sixteen years.

2. I am about to commence an action in this court against the City of San Jose, the San Jose Police Department, and individual defendants Dolezal, Wiley, Sullivan, Weger, Munk, Hagele, Hattey, Murray, Speaks, Dragoo, Marfia, Morasci, Profio, Conover, Mizuhara, Menard, Williams, Bielecki, Hoag, Morgan, McCulloch, Paolini, Jenkins, Albalos, Elischer, Thompson, Zuniga, Cardin, Mattocks, Habib, Snelgrove, Fukuma, Dote, Creighton, Martin, Abi-Chahine, Dorn, Newton, Kindorf, Jenkins, Agamav, and Marello, under 42 U.S.C. § 1983 for violation of my rights under the United States Constitution, and under California state law for violations of Civil Code sections 51.7, 52.1, and 52.3, and other state law torts.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Dolores Barrera, whose address is 898 Vine Street, San Jose, California 95110, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5. Dolores Barrera is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Dolores Barrera as guardian ad litem of petitioner for purposes of bringing action against the above-named defendants on the causes of action described above.

DATED: February 27, 2009

McMANIS FAULKNER

*Christine E. Peek*
JAMES MCMANIS
CHRISTINE PEEK

Attorneys for Petitioner, A.B.

---

PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM      CASE NO. _____

1

## CONSENT OF NOMINEE

I, Dolores Barrera, the nominee of petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

Dated: 2-18-09                         *Dolores Barrera*
                                       DOLORES BARRERA

## ORDER

The petition for an order appointing Dolores Barrera as guardian ad litem for petitioner is GRANTED.

IT IS SO ORDERED.

Dated: 3/2/09                          *Patricia V. Trumbull*
                                       UNITED STATES ~~DISTRICT~~ JUDGE
                                       MAGISTRATE

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM        CASE NO. _____