James McManis, Esq. (#40958)
Neda Mansoorian, Esq. (#207832)
Christine Peek, Esq. (#234573)
**McManis Faulkner**
50 W. San Fernando Street, 10th Floor
San Jose, California  95113
Phone: (408) 279-8700
FAX:    (408) 279-3244
Email:  cpeek@mcmanisfaulkner.com

Attorney for Plaintiffs,
BERNARDINO BARRERA, DOLORES BARRERA, MARIA BARRERA, JOSE BARRERA, A.B., a minor child, by and through her Guardian ad Litem, DOLORES BARRERA

RICHARD DOYLE, City Attorney  (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:  (408) 535-1900
Facsimile:   (408) 998-3131
Email:       CAO.Main@sanjoseca.gov

Attorneys for Defendants,
CITY OF SAN JOSE, OFCR. FAYSAL ABI-CHAHINE, OFCR. RYAN AGAMAU, OFCR. BETH ALBALOS, OFCR. CHRIS BIELECKI, OFCR. KYLE CARDIN, SGT. EDWARD CONOVER, OFCR. DEVLIN CREIGHTON, SGT. DENNIS DOLEZAL, OFCR. ADAM DORN, OFCR. RYAN DOTE, OFCR. ERIC DRAGOO, OFCR. CASSADY ELISCHER, OFCR. PAUL FUKUMA, OFCR. TEDROS HABIB, SGT. JOHN HAGELE, OFCR. ANTHONY HATTEY, OFCR. JAMES HOAG, OFCR. ADAM JENKINS, OFCR. BENJAMIN JENKINS, OFCR. HEIDI KINDORF, OFCR. STEVEN MARELLO, SGT. JOHN MARFIA, OFCR. MIGUEL MARTIN, OFCR. SEAN MATTOCKS, OFCR. SCOTT McCULLOCH, OFCR. JAMES MENARD, OFCR. KEITH MIZUHARA, OFCR. SCOTT MORASCI, OFCR. SEAN MORGAN, SGT. JANNA MUNK, OFCR. TROY MURRAY, OFCR. JOSEPH PAOLINI, SGT. JEFF PROFIO, OFCR. ERIK SNELGROVE, OFCR. NICHOLAS SPEAKS, OFCR. MICHAEL SULLIVAN, OFCR. GARRIE THOMPSON, LT. RICK WEGER, SGT. BRUCE WILEY, OFCR. JODI WILLIAMS, and OFCR. MACEDONIA ZUNIGA

*E-FILED - 6/15/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO BARRERA, DOLORES BARRERA, MARIA BARRERA, JOSE BARRERA, A.B., a minor child, by and through her Guardian ad Litem, DOLORES BARRERA,<br><br>             Plaintiffs,<br>    vs.<br><br>CITY OF SAN JOSE, et al.,<br><br>             Defendants. | CASE NO.:  C09-00858 RMW<br><br>**STIPULATION AND ORDER RE MAGISTRATE JUDGE SEEBORG FOR SETTLEMENT CONFERENCE** |

1

Pursuant to Local Northern District of California ADR Rule 7-3, the parties, by and through their counsel, Michael Groves for Defendants and James McManis for Plaintiffs, hereby stipulate to conduct a settlement conference before the Honorable Magistrate Judge Richard Seeborg.  The parties seek this Court's approval and Order regarding this since the Honorable Magistrate Judge Patricia Trumbull is assigned to this case.

Dated: May 27, 2009                                  /s/
                                       JAMES McMANIS, ESQ.

Attorneys for Plaintiffs,
BERNARDINO BARRERA, DOLORES BARRERA, MARIA BARRERA, JOSE BARRERA, A.B., a minor child, by and through her Guardian ad Litem, DOLORES BARRERA

Dated: May 27, 2009        RICHARD DOYLE, City Attorney

By:                /s/
         MICHAEL R. GROVES
         Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, OFCR. FAYSAL ABI-CHAHINE, OFCR. RYAN AGAMAU, OFCR. BETH ALBALOS, OFCR. CHRIS BIELECKI, OFCR. KYLE CARDIN, SGT. EDWARD CONOVER, OFCR. DEVLIN CREIGHTON, SGT. DENNIS DOLEZAL, OFCR. ADAM DORN, OFCR. RYAN DOTE, OFCR. ERIC DRAGOO, OFCR. CASSADY ELISCHER, OFCR. PAUL FUKUMA, OFCR. TEDROS HABIB, SGT. JOHN HAGELE, OFCR. ANTHONY HATTEY, OFCR. JAMES HOAG, OFCR. ADAM JENKINS, OFCR. BENJAMIN JENKINS, OFCR. HEIDI KINDORF, OFCR. STEVEN MARELLO, SGT. JOHN MARFIA, OFCR. MIGUEL MARTIN, OFCR. SEAN MATTOCKS, OFCR. SCOTT McCULLOCH, OFCR. JAMES MENARD, OFCR. KEITH MIZUHARA, OFCR. SCOTT MORASCI, OFCR. SEAN MORGAN, SGT. JANNA MUNK, OFCR. TROY MURRAY, OFCR. JOSEPH PAOLINI, SGT. JEFF PROFIO, OFCR. ERIK SNELGROVE, OFCR. NICHOLAS SPEAKS, OFCR. MICHAEL SULLIVAN, OFCR. GARRIE THOMPSON, LT. RICK WEGER, SGT. BRUCE WILEY, OFCR. JODI WILLIAMS, and OFCR. MACEDONIA ZUNIGA

**ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:**

I attest that concurrence in the filing of this document by the signatories, Michael Groves and James McManis, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: May 27, 2009                         By: _____/s/_____
                                                            MICHAEL R. GROVES

**ORDER**

It is so ordered.

Dated: 6/15/09                              _____
                                            *Ronald M. Whyte*
                                            HONORABLE RONALD M. WHYTE
                                            United States District Court Judge

---

3

Stipulation & Order re Magistrate Judge Seeborg for S/C                           C09-00858 RMW
                                                                                  558846