| | |
|---|---|
| 1 | JAMES MCMANIS (40958) |
| 2 | NEDA MANSOORIAN (207832)<br>CHRISTINE PEEK (234573) |
| 3 | McMANIS FAULKNER<br>A Professional Corporation |
| 4 | 50 West San Fernando Street, 10th Floor<br>San Jose, California 95113 |
| 5 | Telephone:  408-279-8700<br>Facsimile:  408-279-3244 |
| 6 | Email:  jmcmanis@mcmanisfaulkner.com<br>        cpeek@mcmanisfaulkner.com |
| 7 | Attorneys for Plaintiffs |

RICHARD DOYLE (88625)
NORA FRIMANN (93249)
MICHAEL R. GROVES (85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:  (408) 535-1900
Facsimile:  (408) 998-3131
Email:  CAO.Main@sanjoseca.gov

*E-FILED - 6/15/09*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BERNARDINO BARRERA, an individual, et al.,

    Plaintiffs,

vs.

CITY OF SAN JOSE, a public entity, et al.,

    Defendants.

No. C 09-00858 RMW

**STIPULATION AND JOINT REQUEST FOR AN ORDER EXTENDING TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT GRAEME NEWTON; [PROPOSED] ORDER**

[Civil Local Rule 6-2]

| | |
|---|---|
| 1 | **STIPULATION AND JOINT REQUEST** |

2  WHEREAS, Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant
3  in a civil action must be served with the summons and complaint within 120 days after the
4  complaint is filed;

5  WHEREAS, plaintiffs filed the complaint in this action on February 27, 2009;

6  WHEREAS, the 120-day period provided for in Rule 4(m) will elapse on June 27, 2009;

7  WHEREAS, defendant Graeme Newton is currently on military leave in Afghanistan and
8  will not return to the United States until October 4, 2009, and has been on military leave since
9  plaintiffs filed the complaint in this action;

10  WHEREAS, plaintiffs have attempted to obtain a waiver of formal service of process for
11  defendant Newton from counsel for the City of San Jose and the forty-one other individual
12  defendants, but plaintiffs have been unable to obtain a waiver of formal service;

13  WHEREAS, defendant Newton has not otherwise waived service of process; and

14  WHEREAS, the parties are currently attempting to schedule a settlement conference
15  before the Honorable Richard Seeborg, and a successful settlement conference could moot the
16  service issue with respect to defendant Newton;

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  The parties to the above-entitled action hereby stipulate, by and through their respective counsel, and jointly request that the 120-day deadline to serve the summons and complaint on defendant Newton be extended by 130 days from June 27, 2009 to November 4, 2009. The parties make this stipulation and joint request for the reasons stated in the Declaration of Christine Peek in Support of Stipulation And Joint Request For An Order Extending Time To Serve Summons And Complaint On Defendant Graeme Newton, filed herewith.

Dated: June ___, 2009

McMANIS FAULKNER

_____
JAMES McMANIS
CHRISTINE PEEK

Attorneys for Plaintiffs,
BERNARDINO BARRERA, DOLORES BARRERA, MARIA BARRERA, JOSE BARRERA, A.B., a minor child, by and through her Guardian ad Litem, DOLORES BARRERA

Dated: June ___, 2009

RICHARD DOYLE, City Attorney

By: _____
MICHAEL R. GROVES
Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, OFCR. FAYSAL ABI-CHAHINE, OFCR. RYAN AGAMAU, OFCR. BETH ALBALOS, OFCR. CHRIS BIELECKI, OFCR. KYLE CARDIN, SGT. EDWARD CONOVER, OFCR. DEVLIN CREIGHTON, SGT. DENNIS DOLEZAL, OFCR. ADAM DORN, OFCR. RYAN DOTE, OFCR. ERIC DRAGOO, OFCR. CASSADY ELISCHER, OFCR. PAUL FUKUMA, OFCR. TEDROS HABIB, SGT. JOHN HAGELE, OFCR. ANTHONY HATTEY, OFCR. JAMES HOAG, OFCR. ADAM JENKINS, OFCR. BENJAMIN JENKINS, OFCR. HEIDI KINDORF, OFCR. STEVEN MARELLO, SGT. JOHN MARFIA, OFCR. MIGUEL MARTIN, OFCR. SEAN MATTOCKS, OFCR. SCOTT McCULLOCH, OFCR. JAMES MENARD, OFCR. KEITH MIZUHARA, OFCR. SCOTT MORASCI, OFCR. SEAN MORGAN, SGT. JANNA MUNK, OFCR. TROY MURRAY, OFCR.

| | |
|---|---|
| 1 | JOSEPH PAOLINI, SGT. JEFF PROFIO, OFCR. ERIK SNELGROVE, OFCR. |
| 2 | NICHOLAS SPEAKS, OFCR. MICHAEL SULLIVAN, OFCR. GARRIE THOMPSON, |
| 3 | LT. RICK WEGER, SGT. BRUCE WILEY, OFCR. JODI WILLIAMS, OFCR. |
| 4 | MACEDONIA ZUNIGA, and OFCR. GRAEME NEWTON |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 15, 2009

*/s/ Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE

---

3
STIPULATION AND JOINT REQUEST FOR AN ORDER EXTENDING TIME          NO. C 09-00858 RMW