```
JAMES MCMANIS (40958)
NEDA MANSOORIAN (207832)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:   408-279-8700
Facsimile:    408-279-3244
Email:         jmcmanis@mcmanisfaulkner.com
                   cpeek@mcmanisfaulkner.com
```

Attorneys for Plaintiffs

```
RICHARD DOYLE (88625)
NORA FRIMANN (93249)
MICHAEL R. GROVES (85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:   (408) 535-1900
Facsimile:    (408) 998-3131
Email:         CAO.Main@sanjoseca.gov
```

*E-FILED - 7/29/09*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDINO BARRERA, an individual, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, a public entity, et al.,<br><br>　　　Defendants. | No. C 09-00858 RMW<br><br>STIPULATION AND JOINT REQUEST TO CONTINUE THE JULY 31, 2009 CASE MANAGEMENT CONFERENCE AND DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT; [~~PROPOSED~~] ORDER<br><br>[Civil Local Rule 6-2] |

## STIPULATION AND JOINT REQUEST

WHEREAS, pursuant to the Clerk's Notice of Impending Reassignment to a United States District Judge ("Clerk's Notice"), the initial Case Management Conference in this action

1

1  was set for July 31, 2009, at 10:30 a.m. before the Honorable Ronald M. Whyte in Courtroom 6,
2  4th Floor, United States Courthouse, 280 South First Street, San Jose, California;
3      WHEREAS, the Clerk's Notice further provides that the parties' joint case management
4  statement is due July 24, 2009; and
5      WHEREAS, the parties are about to engage in settlement discussions on August 7, 2009,
6  before the Honorable Richard Seeborg at 9:30 a.m. in Courtroom 4, 5th Floor, United States
7  Courthouse, 280 South First Street, San Jose, California;
8      The parties to the above-entitled action hereby stipulate, by and through their respective
9  counsel, and jointly request that the Case Management Conference currently scheduled for July
10 31, 2009, be continued until August 21, 2009. The parties further stipulate and jointly request
11 that the deadline to file their joint case management statement be continued from July 24, 2009,
12 until August 14, 2009. The parties make this stipulation and joint request for the reasons stated
13 in the Declaration of Christine Peek in Support of Stipulation and Joint Request to Continue the
14 July 31, 2009 Case Management Conference and Deadline to File Joint Case Management
15 Statement, filed herewith.

16 Dated: July _13_, 2009

McMANIS FAULKNER

*Christine E. Peek*
JAMES McMANIS
CHRISTINE PEEK

Attorneys for Plaintiffs,
BERNARDINO BARRERA, DOLORES
BARRERA, MARIA BARRERA, JOSE
BARRERA, A.B., a minor child, by and through
her Guardian ad Litem, DOLORES BARRERA

Dated: July _9_, 2009

RICHARD DOYLE, City Attorney

By: _____
MICHAEL R. GROVES
Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, OFCR. FAYSAL ABI-
CHAHINE, OFCR. RYAN AGAMAU, OFCR.

| | |
|---|---|
| 1 | BETH ALBALOS, OFCR. CHRIS BIELECKI, OFCR. KYLE CARDIN, SGT. EDWARD CONOVER, OFCR. DEVLIN CREIGHTON, SGT. DENNIS DOLEZAL, OFCR. ADAM DORN, OFCR. RYAN DOTE, OFCR. ERIC DRAGOO, OFCR. CASSADY ELISCHER, OFCR. PAUL FUKUMA, OFCR. TEDROS HABIB, SGT. JOHN HAGELE, OFCR. ANTHONY HATTEY, OFCR. JAMES HOAG, OFCR. ADAM JENKINS, OFCR. BENJAMIN JENKINS, OFCR. HEIDI KINDORF, OFCR. STEVEN MARELLO, SGT. JOHN MARFIA, OFCR. MIGUEL MARTIN, OFCR. SEAN MATTOCKS, OFCR. SCOTT McCULLOCH, OFCR. JAMES MENARD, OFCR. KEITH MIZUHARA, OFCR. SCOTT MORASCI, OFCR. SEAN MORGAN, SGT. JANNA MUNK, OFCR. TROY MURRAY, OFCR. JOSEPH PAOLINI, SGT. JEFF PROFIO, OFCR. ERIK SNELGROVE, OFCR. NICHOLAS SPEAKS, OFCR. MICHAEL SULLIVAN, OFCR. GARRIE THOMPSON, LT. RICK WEGER, SGT. BRUCE WILEY, OFCR. JODI WILLIAMS, OFCR. MACEDONIA ZUNIGA, and OFCR. GRAEME NEWTON |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 29, 2009

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE