JAMES McMANIS (40958)
NEDA MANSOORIAN (207832)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:     (408) 279-8700
Facsimile:     (408) 279-3244
Email:         cpeek@mcmanislaw.com

Attorneys for Plaintiffs

*E-FILED - 6/23/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDINO BARRERA, an individual, et al.,<br><br>       Plaintiffs,<br><br>    vs.<br><br>CITY OF SAN JOSE, a public entity, et al.,<br><br>       Defendants. | Case No. C 09-00858 RMW<br><br><br>**NOTICE OF ERRATA**<br><br><br>Date Action Filed:  February 27, 2009<br>Trial Date:          January 24, 2011 |

Please take notice that the Stipulation for Entry of Judgment and Proposed Judgment, filed on June 16, 2010 as document number 123, was mistakenly filed without Exhibits A and B. A true and correct copy of the document, with Exhibits A and B, is attached hereto.


Dated:  June 16, 2010

McMANIS FAULKNER


_____/s/ Christine Peek_____
JAMES McMANIS
CHRISTINE PEEK

Attorneys for Plaintiffs,
BERNARDINO BARRERA, DOLORES
BARRERA, MARIA BARRERA, JOSE
BARRERA, A.B., a minor child, by and through
her Guardian ad Litem, DOLORES BARRERA

JAMES McMANIS (40958)
NEDA MANSOORIAN (207832)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    (408) 279-8700
Facsimile:    (408) 279-3244
Email:        cpeek@mcmanislaw.com

Attorneys for Plaintiffs

RICHARD DOYLE (88625)
NORA FRIMANN (93249)
MICHAEL R. GROVES (85620)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113-1905
Telephone:    (408) 535-1900
Facsimile:    (408) 998-3131
Email:        CAO.Main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDINO BARRERA, an individual, et al., | Case No. C 09-00858 RMW |
| Plaintiffs, | **STIPULATION FOR ENTRY OF JUDGMENT;** |
| vs. | **[] JUDGMENT** |
| CITY OF SAN JOSE, a public entity, et al., | |
| Defendants. | Date Action Filed:  February 27, 2009<br>Trial Date:        January 24, 2011 |

# STIPULATION FOR ENTRY OF JUDGMENT

WHEREAS, on April 15, 2010, defendant City of San Jose served plaintiffs, Bernardino, Dolores, Maria, and Jose Barrera, and A.B., a minor child, by and through her guardian ad litem, Dolores Barrera, with its Offer of Judgment ("Offer of Judgment") attached hereto as Exhibit A), pursuant to Rule 68 of the Federal Rules of Civil Procedure, offering to allow entry of judgment as follows:

1. Against the City of San Jose in the amount of One Hundred Thousand Dollars ($100,000.00), allocated among plaintiffs as follows:

   a. Thirty Thousand Dollars ($30,000.00) to Bernardino Barrera;

   b. Thirty Thousand Dollars ($30,000.00) to Maria Barrera;

   c. Thirty Thousand Dollars ($30,000.00) to Jose Barrera;

   d. Five Thousand Dollars ($5,000.00) to Dolores Barrera; and

   e. Five Thousand Dollars ($5,000.00) to A.B.

2. In addition to the above, all reasonable costs and attorneys' fees incurred to April 15, 2010, in an amount to be determined by this Court.

WHEREAS, on April 29, 2010, plaintiffs served and filed their Notice of Plaintiffs' Acceptance of Offer of Compromise ("Notice of Acceptance"), attached hereto as Exhibit B.

NOW THEREFORE, all plaintiffs and all defendants, by and through their respective counsel, hereby stipulate as follows:

1. Pursuant to the April 15, 2010 Offer of Judgment, and the April 29, 2010 Notice of Acceptance, judgment shall be entered in plaintiffs' favor against the City of San Jose, in the total amount of One Hundred Thousand Dollars ($100,000.00), allocated among plaintiffs as follows:

   a. Against the City of San Jose and in favor of Bernardino Barrera in the total amount of Thirty Thousand Dollars ($30,000.00);

   b. Against the City of San Jose and in favor of Maria Barrera in the total amount of Thirty Thousand Dollars ($30,000.00);

   c. Against the City of San Jose and in favor of Jose Barrera in the total

1    amount of Thirty Thousand Dollars ($30,000.00);

2          d.    Against the City of San Jose and in favor of Dolores Barrera in the total

3    amount of Five Thousand Dollars ($5,000.00); and

4          e.    Against the City of San Jose and in favor of A.B. in the total amount of

5    Five Thousand Dollars ($5,000.00).

6          2.    City of San Jose shall pay plaintiffs' reasonable costs and attorneys' fees incurred

7    to April 15, 2010, in an amount to be determined by this Court.

8          3.    Plaintiffs shall dismiss, with prejudice, their claims against all remaining

9    defendants: the San Jose Police Department, Faysal Abi-Chahine, Ryan Agamau, Beth Albalos,

10   Chris Bielecki, Kyle Cardin, Edward Conover, Devlin Creighton, Dennis Dolezal, Adam Dorn,

11   Ryan Dote, Eric Dragoo, Cassady Elischer, Paul Fukuma, Tedros Habib, John Hagele, Anthony

12   Hattey, James Hoag, Adam Jenkins, Benjamin Jenkins, Heidi Kindorf, Steven Marello, John

13   Marfia, Miguel Martin, Sean Mattocks, Scott McCulloch, James Menard, Keith Mizuhara, Scott

14   Morasci, Sean Morgan, Janna Munk, Troy Murray, Joseph Paolini, Jeff Profio, Erik Snelgrove,

15   Nicholas Speaks, Michael Sullivan, Garrie Thompson, Rick Weger, Bruce Wiley, Jodi Williams,

16   Macedonio Zuniga, and Graeme Newton.  Defendants shall bear their own attorneys' fees and

17   costs.

18   Dated:  June 16, 2010                    McMANIS FAULKNER

19

20                                  _____/s/ Christine Peek_____
                                    JAMES McMANIS
21                                  CHRISTINE PEEK

22                                  Attorneys for Plaintiffs,
                                    BERNARDINO BARRERA, DOLORES
23                                  BARRERA, MARIA BARRERA, JOSE
                                    BARRERA, A.B., a minor child, by and through
24                                  her Guardian ad Litem, DOLORES BARRERA

25   Dated:  June 16, 2010                    RICHARD DOYLE, City Attorney

26

27                                  By:  ____/s/ Michael Groves_____
                                         MICHAEL R. GROVES
28                                       Sr. Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, SAN JOSE POLICE
DEPARTMENT, OFCR. FAYSAL ABI-
CHAHINE, OFCR. RYAN AGAMAU, OFCR.
BETH ALBALOS, OFCR. CHRIS BIELECKI,
OFCR. KYLE CARDIN, SGT. EDWARD
CONOVER, OFCR. DEVLIN CREIGHTON,
SGT. DENNIS DOLEZAL, OFCR. ADAM
DORN, OFCR. RYAN DOTE, OFCR. ERIC
DRAGOO, OFCR. CASSADY ELISCHER,
OFCR. PAUL FUKUMA, OFCR. TEDROS
HABIB, SGT. JOHN HAGELE, OFCR.
ANTHONY HATTEY, OFCR. JAMES HOAG,
OFCR. ADAM JENKINS, OFCR. BENJAMIN
JENKINS, OFCR. HEIDI KINDORF, OFCR.
STEVEN MARELLO, SGT. JOHN MARFIA,
OFCR. MIGUEL MARTIN, OFCR. SEAN
MATTOCKS, OFCR. SCOTT McCULLOCH,
OFCR. JAMES MENARD, OFCR. KEITH
MIZUHARA, OFCR. SCOTT MORASCI,
OFCR. SEAN MORGAN, SGT. JANNA
MUNK, OFCR. TROY MURRAY, OFCR.
JOSEPH PAOLINI, SGT. JEFF PROFIO,
OFCR. ERIK SNELGROVE, OFCR.
NICHOLAS SPEAKS, OFCR. MICHAEL
SULLIVAN, OFCR. GARRIE THOMPSON,
LT. RICK WEGER, SGT. BRUCE WILEY,
OFCR. JODI WILLIAMS, OFCR.
MACEDONIO ZUNIGA, and OFCR.
GRAEME NEWTON

## JUDGMENT

Pursuant to the parties' stipulation, this Court enters judgment as follows:

1.    Pursuant to the April 15, 2010 Offer of Judgment, and the April 29, 2010 Notice of Acceptance, judgment shall be entered in plaintiffs' favor against the City of San Jose, in the total amount of One Hundred Thousand Dollars ($100,000.00), allocated among plaintiffs as follows:

a.    Against the City of San Jose and in favor of Bernardino Barrera in the total amount of Thirty Thousand Dollars ($30,000.00);

b.    Against the City of San Jose and in favor of Maria Barrera in the total amount of Thirty Thousand Dollars ($30,000.00);

c.    Against the City of San Jose and in favor of Jose Barrera in the total amount of Thirty Thousand Dollars ($30,000.00);

d.    Against the City of San Jose and in favor of Dolores Barrera in the total

3

amount of Five Thousand Dollars ($5,000.00); and

      e.    Against the City of San Jose and in favor of A.B. in the total amount of Five Thousand Dollars ($5,000.00).

2.    City of San Jose shall pay plaintiffs' reasonable costs and attorneys' fees incurred to April 15, 2010, in an amount to be determined by this Court.

3.    Plaintiffs' claims against all remaining defendants – the San Jose Police Department, Faysal Abi-Chahine, Ryan Agamau, Beth Albalos, Chris Bielecki, Kyle Cardin, Edward Conover, Devlin Creighton, Dennis Dolezal, Adam Dorn, Ryan Dote, Eric Dragoo, Cassady Elischer, Paul Fukuma, Tedros Habib, John Hagele, Anthony Hattey, James Hoag, Adam Jenkins, Benjamin Jenkins, Heidi Kindorf, Steven Marello, John Marfia, Miguel Martin, Sean Mattocks, Scott McCulloch, James Menard, Keith Mizuhara, Scott Morasci, Sean Morgan, Janna Munk, Troy Murray, Joseph Paolini, Jeff Profio, Erik Snelgrove, Nicholas Speaks, Michael Sullivan, Garrie Thompson, Rick Weger, Bruce Wiley, Jodi Williams, Macedonio Zuniga, and Graeme Newton – are hereby dismissed with prejudice.  Defendants shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

DATED:   6/23/10

_Ronald M. Whyte_

UNITED STATES DISTRICT JUDGE

4

# EXHIBIT  A

1  RICHARD DOYLE, City Attorney (88625)
   NORA FRIMANN, Assistant City Attorney (93249)
2  MICHAEL R. GROVES, Sr. Deputy City Attorney (85620)
   RICHARD D. NORTH, Deputy City Attorney (225617)
3  Office of the City Attorney
   200 East Santa Clara Street
4  San Jose, California 95113-1905
   Telephone: (408) 535-1900
5  Facsimile: (408) 998-3131
   Email: CAO.Main@sanjoseca.gov
6
   Attorneys for Defendants,
7  CITY OF SAN JOSE, OFCR. FAYSAL ABI-CHAHINE, OFCR. RYAN AGAMAU, OFCR.
   BETH ALBALOS, OFCR. CHRIS BIELECKI, OFCR. KYLE CARDIN, SGT. EDWARD
8  CONOVER, OFCR. DEVLIN CREIGHTON, SGT. DENNIS DOLEZAL, OFCR. ADAM DORN,
   OFCR. RYAN DOTE, OFCR. ERIC DRAGOO, OFCR. CASSADY ELISCHER, OFCR. PAUL
9  FUKUMA, OFCR. TEDROS HABIB, SGT. JOHN HAGELE, OFCR. ANTHONY HATTEY,
   OFCR. JAMES HOAG, OFCR. ADAM JENKINS, OFCR. BENJAMIN JENKINS, OFCR.
10 HEIDI KINDORF, OFCR. STEVEN MARELLO, SGT. JOHN MARFIA, OFCR. MIGUEL
   MARTIN, OFCR. SEAN MATTOCKS, OFCR. SCOTT McCULLOCH, OFCR. JAMES
11 MENARD, OFCR. KEITH MIZUHARA, OFCR. SCOTT MORASCI, OFCR. SEAN MORGAN,
   SGT. JANNA MUNK, OFCR. TROY MURRAY, OFCR. JOSEPH PAOLINI, SGT. JEFF
12 PROFIO, OFCR. ERIK SNELGROVE, OFCR. NICHOLAS SPEAKS, OFCR. MICHAEL
   SULLIVAN, OFCR. GARRIE THOMPSON, LT. RICK WEGER, SGT. BRUCE WILEY,
13 OFCR. JODI WILLIAMS, and OFCR. MACEDONIA ZUNIGA

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16  BERNARDINO BARRERA, DOLORES          CASE NO.: C09-00858 RMW
    BARRERA, MARIA BARRERA, JOSE
17  BARRERA, A.B., a minor child, by and
    through her Guardian ad Litem,
18  DOLORES BARRERA,                     OFFER OF JUDGMENT
                                         (FRCP 68)
19              Plaintiffs,

20       vs.

21  CITY OF SAN JOSE, et al.,

22              Defendants.

23

24       Defendant City of San Jose hereby offers to allow entry of judgment pursuant to

25  Rule 68 of the Federal Rules of Civil Procedure as follows:

26  //

27  //

28  //

                                      1

A. The Offer:

    1) Judgment in favor of Plaintiff Bernardino Barrera against Defendant City of San Jose in the sum of $30,000.00 with the additional provisions listed below under section B included as part of the offer;

    2) Judgment in favor of Plaintiff Maria Barrera against Defendant City of San Jose in the sum of $30,000.00 with the additional provisions listed below under section B included as part of the offer;

    3) Judgment in favor of Plaintiff Jose Barrera against Defendant City of San Jose in the sum of $30,000.00 with the additional provisions listed below under section B included as part of the offer; and

    4) Judgment in favor of Plaintiff Dolores Barrera against Defendant City of San Jose in the sum of $5,000.00 with the additional provisions listed below under section B included as part of the offer.

    5) Judgment in favor of Plaintiff A.B., a minor child, by and through her Guardian ad Litem, Dolores Barrera, against Defendant City of San Jose in the sum of $5,000.00 with the additional provisions listed below under section B included as part of the offer.

B. Additional provisions of each offer:

    1) In addition to the monetary amounts listed above, the offers include all reasonable costs and attorneys fees incurred to the date hereof to be determined by the court;

    2) To constitute an effective acceptance, all Plaintiffs must accept the individual offer made to them;

    3) The offers do not constitute an admission of liability by Defendant City of San Jose or any other Defendant in this action; and

    4) All Plaintiffs shall dismiss, without further payment from or judgment against them, all other Defendants to this action and execute a Stipulated Dismissal to that effect.

2

Dated: April 15, 2010

RICHARD DOYLE
City Attorney

By: _____
MICHAEL R. GROVES
Senior Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, OFCR. FAYSAL
ABI-CHAHINE, OFCR. RYAN AGAMAU,
OFCR. BETH ALBALOS, OFCR. CHRIS
BIELECKI, OFCR. KYLE CARDIN, SGT.
EDWARD CONOVER, OFCR. DEVLIN
CREIGHTON, SGT. DENNIS DOLEZAL,
OFCR. ADAM DORN, OFCR. RYAN
DOTE, OFCR. ERIC DRAGOO, OFCR.
CASSADY ELISCHER, OFCR. PAUL
FUKUMA, OFCR. TEDROS HABIB, SGT.
JOHN HAGELE, OFCR. ANTHONY
HATTEY, OFCR. JAMES HOAG, OFCR.
ADAM JENKINS, OFCR. BENJAMIN
JENKINS, OFCR. HEIDI KINDORF,
OFCR. STEVEN MARELLO, SGT. JOHN
MARFIA, OFCR. MIGUEL MARTIN,
OFCR. SEAN MATTOCKS, OFCR.
SCOTT McCULLOCH, OFCR. JAMES
MENARD, OFCR. KEITH MIZUHARA,
OFCR. SCOTT MORASCI, OFCR. SEAN
MORGAN, SGT. JANNA MUNK, OFCR.
TROY MURRAY, OFCR. JOSEPH
PAOLINI, SGT. JEFF PROFIO, OFCR.
ERIK SNELGROVE, OFCR. NICHOLAS
SPEAKS, OFCR. MICHAEL SULLIVAN,
OFCR. GARRIE THOMPSON, LT. RICK
WEGER, SGT. BRUCE WILEY, OFCR.
JODI WILLIAMS, and OFCR.
MACEDONIA ZUNIGA

3

# PROOF OF SERVICE

CASE NAME: **BERNARDINO BARRERA, et al., vs. CITY OF SAN JOSE, et al.,**
CASE NO.: **C09-00858 RMW**

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On April 15, 2010, I caused to be served the within:

## OFFER OF JUDGMENT (FRCP 68)

☒ by PERSONAL DELIVERY, with a copy of this declaration, by causing to be personally delivered a true copy thereof to the person at the address set forth below.

Addressed as follows:

James McManis, Esq.
Neda Mansoorian, Esq.
Christine Peek, Esq.
**McManis Faulkner**
50 W. San Fernando Street, 10th Floor
San Jose, California 95113
Phone: (408) 279-8700
FAX: (408) 279-3244
Email: cpeek@mcmanislaw.com

*Attorney for Plaintiffs,*
*BERNARDINO BARRERA, et al.,*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 15, 2010, at San Jose, California.

Tam Lobach

# EXHIBIT B

JAMES McMANIS (40958)
NEDA MANSOORIAN (207832)
CHRISTINE PEEK (234573)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email: cpeek@mcmanislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNARDINO BARRERA, an individual, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CITY OF SAN JOSE, a public entity, et al.,<br><br>                    Defendants. | Case No. C 09-00858 RMW<br><br>**NOTICE OF PLAINTIFFS' ACCEPTANCE OF OFFER TO COMPROMISE**<br><br>**[Fed. R. Civ. P. 68]**<br><br>Date Action Filed: February 27, 2009<br>Trial Date:          January 24, 2011 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, Bernardino, Dolores, Maria, and Jose Barrera, and A.B., a minor child, by and through her guardian ad litem, Dolores Barrera, ("plaintiffs"), hereby accept the offer of defendant, the City of San Jose, dated and served on April 15, 2010, a copy of which is attached hereto as Exhibit A, ("the Offer"), to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure. Each plaintiff hereby accepts the individual offer made to him or her by the City of San Jose in the Offer, in accordance with its terms.

DATED: April 29, 2010                    McMANIS FAULKNER

By: _Christine E. Peek_____
JAMES McMANIS
CHRISTINE PEEK

Attorneys for Plaintiffs

# EXHIBIT  A

1   RICHARD DOYLE, City Attorney (88625)
    NORA FRIMANN, Assistant City Attorney (93249)
2   MICHAEL R. GROVES, Sr. Deputy City Attorney (85620)
    RICHARD D. NORTH, Deputy City Attorney (225617)
3   Office of the City Attorney
    200 East Santa Clara Street
4   San Jose, California 95113-1905
    Telephone: (408) 535-1900
5   Facsimile:  (408) 998-3131
    Email:      CAO.Main@sanjoseca.gov
6
    Attorneys for Defendants,
7   CITY OF SAN JOSE, OFCR. FAYSAL ABI-CHAHINE, OFCR. RYAN AGAMAU, OFCR.
    BETH ALBALOS, OFCR. CHRIS BIELECKI, OFCR. KYLE CARDIN, SGT. EDWARD
8   CONOVER, OFCR. DEVLIN CREIGHTON, SGT. DENNIS DOLEZAL, OFCR. ADAM DORN,
    OFCR. RYAN DOTE, OFCR. ERIC DRAGOO, OFCR. CASSADY ELISCHER, OFCR. PAUL
9   FUKUMA, OFCR. TEDROS HABIB, SGT. JOHN HAGELE, OFCR. ANTHONY HATTEY,
    OFCR. JAMES HOAG, OFCR. ADAM JENKINS, OFCR. BENJAMIN JENKINS, OFCR.
10  HEIDI KINDORF, OFCR. STEVEN MARELLO, SGT. JOHN MARFIA, OFCR. MIGUEL
    MARTIN, OFCR. SEAN MATTOCKS, OFCR. SCOTT McCULLOCH, OFCR. JAMES
11  MENARD, OFCR. KEITH MIZUHARA, OFCR. SCOTT MORASCI, OFCR. SEAN MORGAN,
    SGT. JANNA MUNK, OFCR. TROY MURRAY, OFCR. JOSEPH PAOLINI, SGT. JEFF
12  PROFIO, OFCR. ERIK SNELGROVE, OFCR. NICHOLAS SPEAKS, OFCR. MICHAEL
    SULLIVAN, OFCR. GARRIE THOMPSON, LT. RICK WEGER, SGT. BRUCE WILEY,
13  OFCR. JODI WILLIAMS, and OFCR. MACEDONIA ZUNIGA

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16  BERNARDINO BARRERA, DOLORES          CASE NO.: C09-00858 RMW
    BARRERA, MARIA BARRERA, JOSE
17  BARRERA, A.B., a minor child, by and
    through her Guardian ad Litem,
18  DOLORES BARRERA,                     OFFER OF JUDGMENT
                                         (FRCP 68)
19              Plaintiffs,

20         vs.

21  CITY OF SAN JOSE, et al.,

22              Defendants.

23

24         Defendant City of San Jose hereby offers to allow entry of judgment pursuant to

25  Rule 68 of the Federal Rules of Civil Procedure as follows:

26  //

27  //

28  //

                                    1

A. The Offer:

    1) Judgment in favor of Plaintiff Bernardino Barrera against Defendant City of San Jose in the sum of $30,000.00 with the additional provisions listed below under section B included as part of the offer;

    2) Judgment in favor of Plaintiff Maria Barrera against Defendant City of San Jose in the sum of $30,000.00 with the additional provisions listed below under section B included as part of the offer;

    3) Judgment in favor of Plaintiff Jose Barrera against Defendant City of San Jose in the sum of $30,000.00 with the additional provisions listed below under section B included as part of the offer; and

    4) Judgment in favor of Plaintiff Dolores Barrera against Defendant City of San Jose in the sum of $5,000.00 with the additional provisions listed below under section B included as part of the offer.

    5) Judgment in favor of Plaintiff A.B., a minor child, by and through her Guardian ad Litem, Dolores Barrera, against Defendant City of San Jose in the sum of $5,000.00 with the additional provisions listed below under section B included as part of the offer.

B. Additional provisions of each offer:

    1) In addition to the monetary amounts listed above, the offers include all reasonable costs and attorneys fees incurred to the date hereof to be determined by the court;

    2) To constitute an effective acceptance, all Plaintiffs must accept the individual offer made to them;

    3) The offers do not constitute an admission of liability by Defendant City of San Jose or any other Defendant in this action; and

    4) All Plaintiffs shall dismiss, without further payment from or judgment against them, all other Defendants to this action and execute a Stipulated Dismissal to that effect.

2

Dated: April 15, 2010

RICHARD DOYLE
City Attorney

By: _____

MICHAEL R. GROVES
Senior Deputy City Attorney

Attorneys for Defendants,
CITY OF SAN JOSE, OFCR. FAYSAL
ABI-CHAHINE, OFCR. RYAN AGAMAU,
OFCR. BETH ALBALOS, OFCR. CHRIS
BIELECKI, OFCR. KYLE CARDIN, SGT.
EDWARD CONOVER, OFCR. DEVLIN
CREIGHTON, SGT. DENNIS DOLEZAL,
OFCR. ADAM DORN, OFCR. RYAN
DOTE, OFCR. ERIC DRAGOO, OFCR.
CASSADY ELISCHER, OFCR. PAUL
FUKUMA, OFCR. TEDROS HABIB, SGT.
JOHN HAGELE, OFCR. ANTHONY
HATTEY, OFCR. JAMES HOAG, OFCR.
ADAM JENKINS, OFCR. BENJAMIN
JENKINS, OFCR. HEIDI KINDORF,
OFCR. STEVEN MARELLO, SGT. JOHN
MARFIA, OFCR. MIGUEL MARTIN,
OFCR. SEAN MATTOCKS, OFCR.
SCOTT McCULLOCH, OFCR. JAMES
MENARD, OFCR. KEITH MIZUHARA,
OFCR. SCOTT MORASCI, OFCR. SEAN
MORGAN, SGT. JANNA MUNK, OFCR.
TROY MURRAY, OFCR. JOSEPH
PAOLINI, SGT. JEFF PROFIO, OFCR.
ERIK SNELGROVE, OFCR. NICHOLAS
SPEAKS, OFCR. MICHAEL SULLIVAN,
OFCR. GARRIE THOMPSON, LT. RICK
WEGER, SGT. BRUCE WILEY, OFCR.
JODI WILLIAMS, and OFCR.
MACEDONIA ZUNIGA

3

# PROOF OF SERVICE

CASE NAME:  **BERNARDINO BARRERA, et al., vs. CITY OF SAN JOSE, et al.,**
CASE NO.:  **C09-00858 RMW**

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On April 15, 2010, I caused to be served the within:

## OFFER OF JUDGMENT (FRCP 68)

☒  by PERSONAL DELIVERY, with a copy of this declaration, by causing to be personally delivered a true copy thereof to the person at the address set forth below.

Addressed as follows:

James McManis, Esq.
Neda Mansoorian, Esq.
Christine Peek, Esq.
***McManis Faulkner***
50 W. San Fernando Street, 10th Floor
San Jose, California 95113
Phone: (408) 279-8700
FAX: (408) 279-3244
Email: cpeek@mcmanislaw.com

***Attorney for Plaintiffs,***
***BERNARDINO BARRERA, et al.,***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 15, 2010, at San Jose, California.

Tam Lobach

1