```
RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
MICHAEL R. GROVES, Sr. Deputy City Attorney (#85620)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113-1905
Phone: (408) 535-1900
Fax:   (408) 998-3131
Email: CAO.Main@sanjoseca.gov

Attorneys for All Named Defendants

James McManis, Esq. (#40958)
Neda Mansoorian, Esq. (#207832)
Christine Peek, Esq. (#234573)
MCMANIS FAULKNER
50 W. San Fernando Street, 10th Floor
San Jose, California 95113
Phone: (408) 279-8700
FAX:   (408) 279-3244
Email: cpeek@mcmanislaw.com

Attorney for Plaintiffs,
BERNARDINO BARRERA, et al.,
```

*E-FILED - 9/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO BARRERA, DOLORES BARRERA, MARIA BARRERA, JOSE BARRERA, A.B., a minor child, by and through her Guardian ad Litem, DOLORES BARRERA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN JOSE, et al.,<br><br>Defendants. | CASE NO.: C09-00858 RMW<br><br>**STIPULATION AND ORDER RE: WITHDRAWAL OF E-FILED DOCUMENTS FROM THE DOCKET SHEET** |

The parties, by and through their attorneys of record, Michael Groves for Defendants and Christine Peek for Plaintiffs, hereby stipulate as follows:

The underlying case of *Barrera, et al., v. City of San Jose, et al.*, was resolved on June 23, 2010 when the Honorable Ronald M. Whyte issued a Judgment which resulted from

1

1  the Plaintiffs' acceptance of Defendants' Rule 68 Offer of Judgment. Part of the Judgment
2  included reasonable attorneys' fees for Plaintiffs' counsel.
3      Plaintiffs filed their Motion for Attorneys' Fees before this Court on July 7, 2010 with a
4  hearing date of August 13, 2010. That hearing date was later changed by Plaintiffs to
5  September 3, 2010 in order to provide time to facilitate settlement discussions.
6      Defendants filed their Opposition to the Attorneys' Fees Motion on August 13, 2010.
7  Shortly thereafter Plaintiffs' attorney informed Defendants' attorney that parts of the
8  Opposition Points and Authorities and Declarations contained language and exhibits which
9  Plaintiffs' attorney believed were violative of Plaintiffs' right to privacy and an earlier Finding
10 of Factual Innocence which Plaintiffs had each received through Plaintiffs' counsel's efforts.
11     In light of this, Defendants' attorney Michael R. Groves immediately contacted the
12 Court and, through the kind and effective assistance of Thomas Rossmeissl, one of Judge
13 Whyte's Law Clerks, the Declarations of Michael R. Groves and Leslie Maglione, along with
14 documents attached to the Declarations (Docket #s: 139 and 140) were locked pending a
15 stipulation of the parties to withdraw the documents.
16     While this was occurring, the parties settled the fee dispute and informed the Court of
17 the same. Given that the fee dispute has resolved and in light of the issues related above,
18 the parties seek to withdraw all documents relating to the Motion and Opposition from the
19 Docket Sheet, including the initial Motion for Attorneys' Fees with all of its attachments,
20 declarations, etc., and all of the Defendants' Opposition, including all declarations and
21 attachments. The docket numbers of all of the relevant documents, filings, the parties seek
22 to withdraw are as follows:

| Docket #: | Name of Document: | Date Filed: |
|---|---|---|
| 126 | Motion for Attorneys' Fees & Costs | July 7, 2010 |
| 127 | Declaration of James McManis | July 7, 2010 |
| 128 | Declaration of Neda Mansoorian | July 7, 2010 |
| 129 | Declaration of Christine Peek | July 7, 2010 |
| 130 | Declaration of John L. Cooper, Esq. | July 7, 2010 |

| | | |
|---|---|---|
| 131 | Declaration of Robert A. Goodin, Esq. | July 7, 2010 |
| 132 | Declaration of Frank M. Pitre, Esq. | July 7, 2010 |
| 133 | Declaration of James M. Wagstaffe, Esq. | July 7, 2010 |
| 134 | [Proposed] Order | July 7, 2010 |
| 136 | Notice of Continuance of Hearing on Plaintiffs' Motion for Attorneys' Fees & Costs | July 13, 2010 |
| 138 | Opposition to Motion for Attorneys' Fees & Costs | August 13, 2010 |
| 139 | Declaration of Michael R. Groves | August 13, 2010 |
| 140 | Declaration of Leslie Maglione | August 13, 2010 |
| 141 | Declaration of Timothy J. Schmal | August 13, 2010 |

The parties therefore seek an order withdrawing/deleting all of the above mentioned documents from the Docket Sheet.

Dated: August 30, 2010                         McMANIS FAULKNER

                                               By: ___/s/ Christine Peek_____
                                                     CHRISTINE PEEK, ESQ.

                                               Attorneys for Plaintiffs,
                                               BERNARDINO BARRERA, DOLORES
                                               BARRERA, MARIA BARRERA, JOSE
                                               BARRERA, A.B., a minor child, by and
                                               through her Guardian ad Litem, DOLORES
                                               BARRERA

Dated: August 30, 2010                         RICHARD DOYLE, City Attorney

                                               By: ___/s/ Michael R. Groves_____
                                                     MICHAEL R. GROVES
                                                     Sr. Deputy City Attorney

                                               Attorneys for All Named Defendants

//
//

ATTESTMENT OF CONCURRENCE PER GENERAL ORDER 45 FOR FILING:

I attest that concurrence in the filing of this document by the signatories, Michael Groves and Christine Peek, has been obtained, and that a record of the concurrence shall be maintained at the Office of the City Attorney.

Dated: August 30, 2010          By:  /s/ Michael R. Groves
                                        MICHAEL R. GROVES

**IT IS SO ORDERED.**

Dated: 9/2/10                   *Ronald M. Whyte*
                                HON. RONALD M. WHYTE
                                United States District Court Judge